**FILED & ENTERED**

AUG 16 2017

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY sumlin     DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Maximum Legal (California), LLP<br><br><br><br>Debtor(s). | Case No.: 2:17-bk-18433-NB<br><br>CHAPTER 11<br><br>**ORDER MEMORIALIZING TENTATIVE RULING**<br><br>Date:      August 18, 2017<br>Time:     11:00 AM<br>Courtroom: 1545 |

It is hereby ORDERED that the attached tentative ruling for the above-captioned hearing is hereby incorporated as an order of this court.

### ###

Date: August 16, 2017

Neil W. Bason
United States Bankruptcy Judge

**United States Bankruptcy Court**
**Central District of California**
**Los Angeles**
**Judge Neil Bason, Presiding**
**Courtroom 1545 Calendar**

---

**Friday, August 18, 2017**                                                          **Hearing Room    1545**

---

<u>11:00 AM</u>
**2:17-18433    Maximum Legal (California), LLP**                                      **Chapter 11**

    **#2.00**    Cont'd status Conference re: Chapter 11 case
              fr. 8/15/17

Docket      7
**\*\*\* VACATED \*\*\*    REASON: See tentative ruling.**

**Tentative Ruling:**

**Revised Tentative Ruling for 8/18/17:**
<u>Appearances are not required</u>.
      Based on a communication from the debtor's counsel to chambers, it
appears that the debtor is not going to proceed with its anticipated motion for
use of cash collateral at this time and is negotiating with the party asserting a
cash collateral interest.  *See* 11 U.S.C. 363(c) (permitting the use of cash
collateral with consent).  Accordingly, this hearing on the use of cash
collateral is hereby vacated, and the concurrent status conference is
continued to the time previously contemplated, namely 9/12/17 at 1:00 p.m.
The debtor must take all reasonable steps to provide appropriate notice to
any parties in interest who might be adversely affected by this change in
scheduling.
      This court will issue a written order memorializing the foregoing.

**Tentative Ruling for 8/18/17:**
<u>Appearances required</u>, with in-person appearance by counsel for the debtor,
and telephonic appearances are encouraged for all other persons <u>if</u> advance
arrangements are made (*see* www.cacb.uscourts.gov, "Judges," "Bason, N.",
"Instructions/Procedures").

(1) <u>Cash collateral motion</u>
      There is no tentative ruling at this time.  The debtor's anticipated
motion for use of cash collateral has yet to be filed as of the time when this
tentative ruling has been prepared.  Once it is filed this court may or may not
have the time or inclination to post a tentative ruling.  In any event, at the
hearing this court anticipates that the first issues will be whether notice was
adequate and whether shortened time is sufficiently justified, and if those
issues are addressed satisfactorily then this court will consider the merits of
the motion.

---

**United States Bankruptcy Court**
**Central District of California**
**Los Angeles**
**Judge Neil Bason, Presiding**
**Courtroom 1545 Calendar**

---

**Friday, August 18, 2017**                                                              **Hearing Room    1545**

---

<u>11:00 AM</u>
**CONT...      Maximum Legal (California), LLP**                                              **Chapter 11**

<u>Background</u>: This court had scheduled a status conference for 8/15/17
at 1:00 p.m.; the tentative ruling for that status conference was to continue it;
but at that time counsel for the debtor appeared and requested shortened
time in view of (a) the recent discovery by the debtor that a party in interest is
asserting an interest in cash collateral and (b) the urgency of making payroll
and other expenses.  Accordingly, pursuant to the applicable local rules and
procedures that permit shortened time on an ex-parte basis, this court
directed (i) expedited service (for delivery by no later than 10:00 a.m. on
8/17/17) on any persons known to assert an interest in cash collateral, the
Layfield firm, Mr. Layfield himself, and the U.S. Trustee, as well as (ii) service
via U.S. mail on all other persons.

(2) <u>Status conference</u>
Continue to 9/12/17 at 1:00 p.m.  No written status report is required
(beyond the one already on file), although status report(s) are invited if they
would be helpful for the most efficient conduct of the status conference.

If you do not appear, and the matter is not adequately resolved by consent,
then you may waive your right to be heard on matters that are appropriate for
disposition at this hearing.

**Tentative Ruling for 8/15/17:**
Continue to 9/12/17 at 1:00 p.m. to allow the debtor time to file its bankruptcy
schedules and other case commencement documents (*see* order granting
motion to extend time re same, dkt. 21).  <u>Appearances are not required</u> on
8/15/17.

If you wish to dispute the above tentative ruling, please see Judge Bason's
Procedures (posted at www.cacb.uscourts.gov) then search for "tentative
rulings".
If you wish to dispute the above tentative ruling, please see Judge Bason's
Procedures (posted at www.cacb.uscourts.gov) then search for "tentative
rulings".

| Party Information |
|---|

<u>**Debtor(s):**</u>

Maximum Legal (California), LLP                    Represented By

---

**United States Bankruptcy Court**
**Central District of California**
**Los Angeles**
**Judge Neil Bason, Presiding**
**Courtroom 1545 Calendar**

---

**Friday, August 18, 2017**                                                                    **Hearing Room      1545**

---

<u>11:00 AM</u>
**CONT...**      **Maximum Legal (California), LLP**                                                      **Chapter 11**

                                    Martin J Brill
                                    Daniel H Reiss
                                    Lindsey L Smith