1  MARTIN J. BRILL (SBN 53220)
2  DANIEL H. REISS (SBN 150573)
   LINDSEY L. SMITH (SBN 265401)
3  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
4  Los Angeles, California 90067
   Telephone: (310) 229-1234; Facsimile: (310) 229-1244
5  Email:mjb@lnbyb.com, dhr@lnbyb.com; lls@lnbyb.com

6  Proposed Attorneys for Chapter 11 Debtor
7  and Debtor in Possession



FILED & ENTERED

AUG 25 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In re: | Case No.: 2:17-bk-18433-NB |
|---|---|
| MAXIMUM LEGAL (CALIFORNIA), LLP, | Chapter 11 Case |
| Debtor and Debtor in Possession. | **ORDER GRANTING DEBTOR'S *EX PARTE* MOTION FOR AN ORDER FURTHER EXTENDING THE TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND RELATED DOCUMENTS**<br><br>[No Hearing Required] |

//

1

1   Upon consideration of the <u>second</u> *Ex Parte* Motion For An Order Further Extending The
2   Time To File Schedules Of Assets And Liabilities, Statement Of Financial Affairs, And Related
3   Documents (<u>dkt. 51,</u> the "<u>Motion</u>") filed by Maximum Legal (California) LLP, the debtor and
4   debtor in possession in the above-captioned Chapter 11 case (the "<u>Debtor</u>"),[1] the papers
5   submitted in support of the Motion, and the record in this bankruptcy case, and for good cause,
6   **IT IS HEREBY ORDERED AS FOLLOWS:**
7   (1) The Motion is hereby granted in its entirety.
8   (2) The deadline by which the Debtor must file its Schedules/SOFA/Other
9   Documents is hereby extended to and including October 9, 2017, without prejudice to Debtor's
10  rights to seek further extensions.
11  **IT IS SO ORDERED.**
12  ###

23  
Date: August 25, 2017
24  Neil W. Bason
United States Bankruptcy Judge

---

[1] Unless otherwise stated, all capitalized terms herein have the same meanings as in the Motion.

2