| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Peter C. Anderson<br>United States Trustee<br>Jill M. Sturtevant, Assisant United States Trustee<br>Dare Law, SBN 155714, Trial Attorney<br>Office of the United States Trustee<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017<br>Tel: 213-894-4925<br>Fax: 213-894-2603<br>email: dare.law@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney *for:* United States Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>MAXIMUM LEGAL (CALIFORNIA) LLP | CASE NO.: 2:17-bk-18433 NB<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*:<br>ORDER CONVERTING CASE TO CHAPTER 7 ON THE COURT'S STATUS CONFERENCE |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled ORDER CONVERTING CASE TO CHAPTER 7 ON THE COURT'S STATUS CONFERENCE

was lodged on *(date)* 10/18/2017 and is attached. This order relates to the motion which is docket number 1.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                    F 9021-1.2.BK.NOTICE.LODGMENT

# Exhibit "1"

# Exhibit "1"

PETER C. ANDERSON
UNITED STATES TRUSTEE
Jill M. Sturtevant, State Bar No. 089395
Assistant United States Trustee
Dare Law, State Bar No. 155714
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017-5418
(213) 894-4925 telephone
(213) 894-2603 facsimile
dare.law@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:

**MAXIMUM LEGAL (CALIFORNIA), LLP**

Debtor.

Case No.: 2:17-bk-18433 NB

Chapter 11

ORDER CONVERTING CASE TO CHAPTER 7 ON THE COURT'S STATUS CONFERENCE

Date: October 17, 2017
Time: 1:00 p.m.
Ctrm: 1545
255 E. Temple Street
Los Angeles, CA 90012

The Court's Status Conference was heard on the date and time indicated above with appearances as noted on the record. The Court having considered the status of the case, and the Debtor's record in this case, all oral argument, and for the reasons set forth on the record, and upon oral motion of the United States Trustee, it is hereby

ORDERED that the case is hereby converted to chapter 7, and it if

FURTHER ORDERED that Debtor shall comply with Federal Rules of Bankruptcy Procedure 1019, and it is

///

///

///

1

1 | FURTHER ORDERED that the Court's Status Conference is continued to December 12, 2017 at 1:00 p.m.

### #

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __10/18/2017__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __10/18/2017__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __10/18/2017__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
The Honorable NEIL BASON
United States Bankruptcy Judge
255 E. Temple Street, 9th Floor Mailroom
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/18/2017 | Stephanie Hill | *Stephanie Hill* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Moises S Bardavid | Interested Party | mbardavid@hotmail.com |
| Martin J Brill | Attorney for Debtor | mjb@lnbrb.com |
| Baruch C Cohen | Interested Party | bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com |
| Beth Gaschen | Attorney for Creditor | bgaschen@wgllp.com, kadele@wgllp.com; lfisk@wgllp.com;lgauthier@lwgfllp.com; nlockwood@lwgfllp.com |
| Jeffrey I Golden | Attorney for Creditor | jgolden@wgllp.com |
| Debra I Grassgreen | Interested Party | dgrassgreen@pszyjw.com |
| Dare Law | Attorney for U.S. Trustee | dare.law@usdoj.gov |
| Mitchell B Ludwig | Attorney for Creditor | mbl@kpclegal.com |
| Malhar S Pagay | Interested Party | mpagay@pszjlaw.com, |
| Hamid R Rafatjoo | Interested Party | hrafatjoo@raineslaw.com, bclark@raineslaw.com; cwilliams@raineslaw.com |
| Daniel H Reiss | Attorney for Debtor | dhr@lnbyb.com, dhr@ecf.inforuptcy.com |
| Lindsey L Smith | Attorney for Debtor | lls@lnbyb.com, lls@ecf.inforuptcy.com |
| United States Trustee (LA) | | ustpregion16.la.ecf@usdoj.gov |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

**Debtor:**
**Maximum Legal (California), LLP**
3777 Long Beach Bl Third Fl
Long Beach, CA 90807

**Request for Special Notice:**
Roger G Jones
1600 Division St Ste 700
Nashville, TN 37203

Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd, #1700
Los Angeles, CA 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE