| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Elissa D. Miller (CA Bar No. 120029)<br>　emiller@sulmeyerlaw.com<br>Steven F. Werth (CA Bar No. 205434)<br>　swerth@sulmeyerlaw.com<br>**Sulmeyer**Kupetz<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Tel.: 213.626.2311<br>Fax: 213.629.4520<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for Howard M. Ehrenberg*<br>　  *Chapter 7 Trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>MAXIMUM LEGAL (CALIFORNIA), LLP,<br><br>　　　　　　　　　　　　　　　Debtor(s) | CASE NO.: 2:17-bk-18433-NB<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (title of motion[1]):<br><br>MOTION TO DISMISS BANKRUPTCY CASE FILED BY PHILIP J. LAYFIELD WITHOUT LEAVE TO AMEND |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER DENYING MOTION TO DISMISS BANKRUPTCY CASE FILED BY PHILIP J. LAYFIELD WITHOUT LEAVE TO AMEND was lodged on October 31, 2018 and is attached. This order relates to the motion which is docket number 113.

---

[1] Please abbreviate if title cannot fit into text field

MRV\ 2650427.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* 　　　　　　　　　　　　　　　Page 1 　　　　　　　　　　　　　　　**F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

Elissa D. Miller (CA Bar No. 120029)
  *emiller@sulmeyerlaw.com*
Steven F. Werth (CA Bar No. 205434)
  *swerth@sulmeyerlaw.com*
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Howard M. Ehrenberg
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:17-bk-18433-NB |
| MAXIMUM LEGAL (CALIFORNIA), LLP, | Chapter 7 |
| Debtor. | **ORDER DENYING MOTION TO DISMISS BANKRUPTCY CASE FILED BY PHILIP J. LAYFIELD WITHOUT LEAVE TO AMEND** |
| | Date: October 24, 2018<br>Time: 10:00 a.m.<br>Place: Courtroom 1545<br>  United States Bankruptcy Court<br>  255 East Temple Street<br>  Los Angeles, CA 90012 |

On September 21, 2018, Philip J. Layfield caused to be filed a "Motion To Dismiss Chapter 7 Case For Petition Having Been Filed Without Proper Corporate Authority And Request For Judicial Reference To Be Made As A Result Of Bankruptcy Fraud Being Committed By Todd Wakefield, Joseph Barrett And Their Counsel" [Docket No. 113] (the "Motion").

The Motion came before this Court for hearing on October 24, 2018, at 10:00 a.m. Appearances were as noted on the Court's record.

For the reasons stated in the Court's tentative ruling on the Motion, as modified on the record at the hearing on the Motion,

**IT IS HEREBY ORDERED** as follows:

The Motion is denied, without leave to amend.

###

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  October 31, 2018  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Moises S Bardavid on behalf of Interested Party Courtesy NEF
mbardavid@hotmail.com

Martin J Brill on behalf of Debtor Maximum Legal (California), LLP
mjb@lnbrb.com

William S Brody on behalf of Interested Party Courtesy NEF
wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com

Baruch C Cohen on behalf of Interested Party Courtesy NEF
bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Derrick F Coleman on behalf of 3rd Party Plaintiff Fred A. Hickey
derrick@colemanfrost.com, jinx@colemanfrost.com

Howard M Ehrenberg (TR)
ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com

Beth Gaschen on behalf of Creditor Advocate Capital, Inc.
bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com

Jeffrey I Golden on behalf of Creditor Advocate Capital, Inc.
jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com

Debra I Grassgreen on behalf of Interested Party Courtesy NEF
dgrassgreen@pszyjw.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Mitchell B Ludwig on behalf of Creditor Law Office of Michael D. Waks
mbl@kpclegal.com

Malhar S Pagay on behalf of Interested Party Courtesy NEF
mpagay@pszjlaw.com, mpagay@pszjlaw.com

Malhar S Pagay on behalf of Interested Party Richard M. Pachulski, Chapter 11 Trustee of the Bankruptcy Estate of Layfield & Barrett, APC
mpagay@pszjlaw.com, mpagay@pszjlaw.com

Hamid R Rafatjoo on behalf of Interested Party Courtesy NEF
hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com

Daniel H Reiss on behalf of Debtor Maximum Legal (California), LLP
dhr@lnbyb.com, dhr@ecf.inforuptcy.com

Damion Robinson on behalf of Creditor Joseph Martin Barrett
dr@agzlaw.com

Lindsey L Smith on behalf of Debtor Maximum Legal (California), LLP
lls@lnbyb.com, lls@ecf.inforuptcy.com

MRV\ 2650427.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Steven Werth on behalf of Trustee Howard M Ehrenberg (TR)
swerth@sulmeyerlaw.com,
asokolowski@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 31, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
The Honorable Neil W. Bason
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin outside of Suite 1552
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 31, 2018 | Maria R. Viramontes | /s/Maria R. Viramontes |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

MRV\ 2650427.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                               *Page 3*                        **F 9021-1.2.BK.NOTICE.LODGMENT**