Howard M. Ehrenberg
hehrenberg@sulmeyerlaw.com
Chapter 7 Trustee
333 South Grand Avenue, Thirty-Fourth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MAXIMUM LEGAL (CALIFORNIA), LLP,<br><br>Debtor. | Case No. 2:17-bk-18433 NB<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S FINAL REPORT IN DISMISSED CASE**<br><br>[No Hearing Required] |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, HIS COUNSEL OF RECORD**:

Maximum Legal (California), LLP ("Debtor") filed a voluntary petition under Chapter 11 on July 12, 2017. The case was converted to one under Chapter 7 on October 18, 2017. Howard M. Ehrenberg was appointed as the Chapter 7 Trustee of the Estate. No schedules, statements or lists have ever been filed in this bankruptcy case, and no one has appeared at any 341(a) meeting of creditors conducted by the Trustee.

On November 13, 2018, the Trustee filed a motion for order approving stipulation relating to disbursement of funds and closing the case [Doc 137]. On November 19, 2018, a notice of hearing on final fee application was filed with the court [Doc 138]. At the hearing, the Court granted the stipulation and authorized the disbursement of all funds on hand [Doc 154] and granted payment of final fee application [Doc 155]. The trustee account has a zero balance.

Attached as Exhibit "A" is the Cash Receipts and Disbursement Record.

LVC\ 2659174.1

1  Now that the case has been dismissed, the Trustee requests that he be discharged and his
2  bond exonerated.

4  DATED: February 5, 2019                    Respectfully submitted,

   /s/ Howard M. Ehrenberg
   Howard M. Ehrenberg
   Chapter 7 Trustee

EXHIBIT A

**Form 2**

Page: 1

## Cash Receipts And Disbursements Record

| **Case No.:** | 17-18433 | **Trustee Name:** | Howard M. Ehrenberg (001420) |
|---|---|---|---|
| **Case Name:** | MAXIMUM LEGAL (CALIFORNIA) LLP | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7340 | **Account #:** | 5020373866 Checking Account |
| **For Period Ending:** | 02/05/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/12/17 | {1} | Maximum Legal (California) LLP | DIP account funds | 1290-000 | 6,348.23 | | 6,348.23 |
| 12/12/17 | {1} | Maximum Legal (California) LLP | DIP account funds | 1290-000 | 72,890.76 | | 79,238.99 |
| 12/12/17 | {1} | Maximum Legal (California) LLP | DIP account funds | 1290-000 | 149,022.70 | | 228,261.69 |
| 12/12/17 | {1} | Maximum Legal (California) LLP | DIP account funds | 1290-000 | 244,654.29 | | 472,915.98 |
| 12/18/17 | {2} | Access General Insurance Company | FBO re Roxanne Rutherford | 1290-000 | 4,400.00 | | 477,315.98 |
| 03/20/18 | {3} | The Dominguez Firm, Inc. | Costs Split - Rosa Navarro Jimenez LASC Case No. BC603575 | 1290-000 | 1,920.00 | | 479,235.98 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 479,225.98 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 479,215.98 |
| 05/17/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -20.00 | 479,235.98 |
| 01/04/19 | 101 | California Attorney Lending II, Inc. | EOD 12/21/18 order to disburse funds [Doc 154] | 2990-000 | | 75,000.00 | 404,235.98 |
| 01/04/19 | 102 | Wellgen Standard, LLC | EOD 12/21/18 order to disburse funds [Doc 154] | 2990-000 | | 391,489.98 | 12,746.00 |
| 01/04/19 | 103 | SulmeyerKupetz | EOD 12/21/18 order granting final fees and expenses | | | 12,746.00 | 0.00 |
| | | | $12,693.52 | 3110-000 | | | 0.00 |
| | | | $52.48 | 3120-000 | | | 0.00 |
| | | **COLUMN TOTALS** | | | 479,235.98 | 479,235.98 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 479,235.98 | 479,235.98 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$479,235.98** | **$479,235.98** | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

**Form 2**

Page: 2

## Cash Receipts And Disbursements Record

| **Case No.:** | 17-18433 | **Trustee Name:** | Howard M. Ehrenberg (001420) |
|---|---|---|---|
| **Case Name:** | MAXIMUM LEGAL (CALIFORNIA) LLP | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7340 | **Account #:** | 5020373866 Checking Account |
| **For Period Ending:** 02/05/2019 | | **Blanket Bond (per case limit):** $5,000,000.00 | |
| | | **Separate Bond (if applicable):** N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| 5020373866 Checking Account | $479,235.98 | $479,235.98 | $0.00 |
| | **$479,235.98** | **$479,235.98** | **$0.00** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Thirty-Fourth Floor, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): CHAPTER 7 TRUSTEE'S FINAL REPORT IN DISMISSED CASE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 21, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jason Balitzer    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
Moises S Bardavid    mbardavid@hotmail.com
Martin J Brill    mjb@lnbrb.com
William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
Derrick F Coleman    derrick@colemanfrost.com, jinx@colemanfrost.com
Howard M Ehrenberg (TR)    ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
Debra I Grassgreen    dgrassgreen@pszyjw.com
Dare Law    dare.law@usdoj.gov
Mitchell B Ludwig    mbl@kpclegal.com
Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
Daniel H Reiss    dhr@lnbyb.com, dhr@ecf.inforuptcy.com
Damion Robinson    dr@agzlaw.com
Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Steven Werth    swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On February 21, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Neil W. Bason
US Bankruptcy Court
255 E. Temple Street, Suite 1552
Los Angeles CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  February 5, 2019 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 21, 2019 | Lupe V. Cortez | */s/ Lupe Cortez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**